JS-6

YALAN ZHENG, ESQ. [SB#241294]
yzheng@parkandzheng.com
STELLA K PARK, ESQ. [SB#152659]
spark@parkandzheng.com
LAW OFFICES OF PARK & ZHENG
6 VENTURE, SUITE 265
IRVINE, CA 92618
TEL: (949)679-3372
Attorneys for Plaintiff A SOLAR INC., dba Solarland USA

Amjad M. Khan
Jackie K. M. Levien
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: amjad@bnsklaw.com
jackie@bnsklaw.com
Attorneys for Defendant/ Counter Claimant
P4Q USA, INC.

JONATHAN R. LAGARENNE (*Admitted Pro Hac*)
jlagarenne@foxrothschild.com
JESSICA I. NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828
Attorneys for Counterclaim Defendant SLD
Tech Inc

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A SOLAR INC., dba Solarland USA, a dissolved California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>P4Q USA, INC., a Delaware corporation; and DOES 1-30, inclusive<br><br>    Defendants. | **Case No. 5:25-cv-02556-KK-DTB**<br><br>**ORDER OF DISMISSAL** |

1

ORDER OF DISMISSAL

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1.    All of Plaintiff and Counterclaimant's in the above-captioned matters against Defendant and Counter-Defendants be dismissed with prejudiced pursuant to Federal Rule of Civil Procedure 41(a).

2.    The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the Parties pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994) and Federal Rule of Civil Procedure 41(a)(2).

3.    Except as otherwise set forth in the settlement agreement between the parties, each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: July 6, 2026

_____

HONONRABLE KENLY KIYA KATO

UNITED STATES DISTRICT JUDGE

2

ORDER OF DISMISSAL